IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALLEN ALPHONZO ADAMS,<br><br>               Petitioner<br><br>VS.<br><br>BRUCE CHATMAN, Warden,<br><br>               Respondent | NO. 5:09-CV-306 (HL)<br><br>**PROCEEDING UNDER 28 U.S.C. §2254**<br>**BEFORE THE U.S. MAGISTRATE JUDGE** |

## ORDER AND RECOMMENDATION

Before the court are several motions submitted by petitioner Allen Alphonso Adams. The motions are identified as follows:

1. Tab #16: MOTION TO AMEND PETITION FOR WRIT OF HABEAS CORPUS
2. Tab #17: MOTION FOR PRELIMINARY INJUNCTION
3. Tab #18: AMENDED MOTION *amending* [17] MOTION FOR PRELIMINARY INJUNCTION
4. Tab #19: MOTION FOR PERMISSION TO ENTER DISCOVERY FOR PRODUCTION OF DOCUMENTS
5. Tab #21: MOTION TO AMEND/CORRECT [17] MOTION FOR PRELIMINARY INJUNCTION
6. Tab #29: MOTION FOR OBJECTION
7. Tab #31: MOTION TO AMEND/CORRECT
8. Tab #34: MOTION TO AMEND PREVIOUSLY FILED NOTES
9. Tab #42: MOTION TO AMEND NOTICE OF FILING TRAVERSE

After careful consideration of the petitioner's motions, the responses filed thereto by the respondent, the record in this case, and in view of the fact that the undersigned has, earlier this date, recommended that the instant petition be dismissed as untimely, the undersigned **RECOMMENDS** that the request for a preliminary injunction be **DENIED**. In addition, and in view of the above, the remaining motions appear moot and are, therefore, **DENIED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the district judge to whom this case is assigned, **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO ORDERED AND RECOMMENDED**, this 4th day of May, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE