# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ALLEN ALPHONZO ADAMS,<br><br>  Petitioner,<br><br>v.<br><br>BRUCE CHATMAN,<br><br>  Respondent. | CASE NO. 5:09-CV-306 (HL)<br>28 U.S.C. § 2254 |

## ORDER

This case is before the Court on two Recommendations from United States Magistrate Judge Claude W. Hicks Jr. In the first (Doc. 43), the Magistrate Judge recommends that Respondent's Motion to Dismiss (Doc. 25) be granted and the petition for habeas corpus dismissed as untimely. In the second (Doc. 44), the Magistrate Judge recommends that Petitioner's Motion for Preliminary Injunction (Doc. 17) be denied. He also orders that eight other motions filed by Petitioner be denied.

Petitioner has filed an objection (Doc. 45) to the Recommendation on the Motion to Dismiss (Doc. 43). The Court notes, however, that nowhere in the objection does Petitioner address the issue of whether his petition is timely. Nevertheless, the Court has made a *de novo* review of the Recommendation and the objection, and finds the objection to be without merit. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate

Judge. Respondent's Motion to Dismiss (Doc. 25) is granted, and the habeas petition is dismissed.

Petitioner has not filed a written objection to the other Recommendation (Doc. 44). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the findings, conclusion, and recommendations of the Magistrate Judge. Petitioner's Motion for Preliminary Injunction (Doc. 17) is denied. The following motions are also all denied as moot:

| Doc. | Description |
| --- | --- |
| Doc. 16 | Motion to Amend [1] Petition for Writ of Habeas Corpus |
| Doc. 18 | Amended Motion amending [17] Motion for Preliminary Injunction |
| Doc. 19 | Motion for Permission to Enter Discovery |
| Doc. 21 | Motion to Amend/Correct [17] Motion for Preliminary Injunction |
| Doc. 29 | Motion for Objection |
| Doc. 31 | Motion to Amend/Correct |
| Doc. 34 | Motion to Amend Previously Filed Notes |
| Doc. 42 | Motion to Amend [41] Notice of Filing Traverse |

Further, as this Order terminates this case, the following motions are denied:

| Doc. | Description |
| --- | --- |
| Doc. 46 | Motion for Preliminary Injunction |
| Doc. 47 | Motion to Appoint Counsel |
| Doc. 48 | Motion to Amend/Correct |

**SO ORDERED**, this the 16th day of June, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh