# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

ALLEN ALPHONZO ADAMS,

    Petitioner,

v.

BRUCE CHATMAN,

    Respondent.

CASE NO. 5:09-CV-306 (HL)
28 U.S.C. § 2254

**ORDER**

On June 16, 2010, the Court entered an order accepting United States Magistrate Judge Claude W. Hicks Jr.'s recommendations to grant Respondent's Motion to Dismiss, to dismiss Petitioner's petition for habeas corpus as untimely, and to dismiss Petitioner's motion for preliminary injunction. Eleven other motions filed by Petitioner were also denied in that order. Judgment dismissing the habeas petition was filed on June 17, 2010.

Petitioner has now filed a Motion to Vacate the Court's June 16, 2010 order, which the Court will treat as a motion for reconsideration. Reconsideration is appropriate only if the movant demonstrates that: (1) there has been an intervening change in the law, (2) new evidence has been discovered that was not previously available to the parties at the time the original order was entered, or (3) reconsideration is necessary to correct a clear error of law or prevent manifest injustice. McCoy v. Macon Water Auth. ,966 F.Supp. 1209, 1222-23 (M.D.Ga.1997).

Petitioner's Motion raises no relevant legal or factual issues that were not previously considered by the Court. He has not alleged an intervening change in law, has presented no new evidence, and has not show that reconsideration is necessary to correct a clear error of law or prevent manifest injustice. Instead, Petitioner has presented the Court with a rant in which he claims his case was "placed on a hit list for dismissal," that the Court's decision was racially motivated, and that he needs to be allowed to run the Court. Petitioner's Motion to Vacate (Doc. 52) is denied.

**SO ORDERED**, this the 29th day of June, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh