# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ALLEN ALPHONZO ADAMS,     Petitioner, <br> v. <br> BRUCE CHATMAN,     Respondent. | CASE NO. 5:09-CV-306 (HL) <br> 28 U.S.C. § 2254 |

## ORDER

Before the Court is Petitioner's Motion for Reconsideration (Doc. 55) of the Court's order (Doc. 49) and judgment (Doc. 50) dismissing his habeas petition. He has also filed a Motion for Leave to File a Successive Habeas Petition (Doc. 55).

For the reasons outlined in the Court's order (Doc. 54) denying Petitioner's Motion to Vacate, the Motion for Reconsideration is denied. Petitioner has presented no reason for the Court to reconsider its previous order.

As for the Motion for Leave to File, the Court does not have jurisdiction to hear a successive petition without an order from the Eleventh Circuit authorizing the Court to consider such a petition. Also, the Court does not have the power to order the Eleventh Circuit to allow Petitioner to file a successive petition. Accordingly, the Motion for Leave to File is also denied. The Clerk of Court is ordered to furnish

Petitioner with the application form required by the Eleventh Circuit for leave to file a successive habeas petition.[1]

**SO ORDERED**, this the 12th day of July, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh

---

[1] By requesting the Clerk to provide Petitioner with an application form, the Court is not expressing any opinion on whether filing an application for leave to file a successive petition is the appropriate next step for Petitioner.